IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-403-RJC-DCK

| ALBERT YALE, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| COMMUNITY ONE BANK, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Edward H. Nicholson, Jr., concerning Sebastian Rucci on September 1, 2015. Mr. Sebastian Rucci seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Sebastian Rucci is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 2, 2015

David C. Keesler
United States Magistrate Judge