IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-403-RJC-DCK

| ALBERT YALE, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| COMMUNITY ONE BANK, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by Edward H. Nicholson, Jr., concerning Jonathan F. Andres on December 21, 2015. Mr. Jonathan F. Andres seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED.** Mr. Jonathan F. Andres is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 21, 2015

David C. Keesler
United States Magistrate Judge