UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-63-RJC-DSC

| | | |
|---|---|---|
| ALBERT YALE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 3:15-cv-403 |
| | ) | |
| COMMUNITY ONE BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| CCR DATA SYSTEMS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 3:16-cv-63 |
| | ) | |
| COMMUNITY ONE BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONSOLIDATING CASES

**THIS MATTER** comes before the Court on a joint Motion to Consolidate filed in <u>CCR Data Systems, Inc. et al., v. Community One Bank, N.A.</u>, Case No. 3:16-cv-63-RJC-DSC. (Doc. No. 2). In the Motion, the parties move, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate <u>Yale, et al., v. Community One Bank, N.A.</u>, Case No. 3:15-cv-403-RJC-DSC, with <u>CCR Data Systems, Inc. et al., v. Community One Bank, N.A.</u>, Case No. 3:16-cv-63-RJC-DSC, for purposes of pretrial motions, discovery, and trial. For good cause shown, this Motion is **granted**.

**IT IS, THEREFORE, ORDERED** that this action is consolidated into <u>Yale, et al., v.</u>

<u>Community One Bank, N.A.</u>, Case No. 3:15-cv-403-RJC-DSC, and that all future filings shall utilize the case number 3:15-cv-403-RJC-DSC.  Furthermore, to avoid duplicative motions, responses, and briefs, Community One Bank's pending motion to dismiss in Case No. 3:15-cv-403-RJC-DSC, (Doc. No. 9), and the plaintiffs' resistance to that motion, including the briefs submitted by the parties, shall apply and be treated as if also filed in Case No. 3:16-cv-63-RJC-DSC, such that the Court's ruling on the motion to dismiss shall apply to and control in both cases.

Signed: March 11, 2016

_____
Robert J. Conrad, Jr.
United States District Judge