IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-403-RJC-DSC

| | |
|---|---|
| ALBERT YALE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **MEMORANDUM AND ORDER** |
| COMMUNITY ONE BANK, N.A., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Extend Fact Discovery and Expert Discovery Deadlines …" (document #47) filed November 8, 2017, as well as the parties' associated briefs and exhibits.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

For the reasons stated in Defendant's briefs, the Motion is <u>granted in part</u> and <u>denied in part</u>, as ordered below.

**NOW THEREFORE, IT IS ORDERED**:

1. "Plaintiffs' Motion to Extend Fact Discovery and Expert Discovery Deadlines …" (document #47) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, Plaintiff's deadline to conduct the four depositions recently identified by Mr. Andre is extended to January 19, 2018. The expert discovery deadlines are extended as follows:

    a. Plaintiffs' expert reports: January 16, 2018,

    b. Defendant's expert reports: February 15, 2018, and

    c. Expert discovery completion: March 2, 2018.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: December 1, 2017

David S. Cayer
United States Magistrate Judge