IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al., <br><br> Plaintiffs, <br> vs. <br><br> COMMUNITYONE BANK, N.A., <br><br> Defendant. | Civil Action No. 3:15-cv-403 |

## COMMUNITYONE BANK, N.A.'S MOTION FOR SANCTIONS FOR FAILURE TO APPEAR FOR DEPOSITION

Defendant CommunityOne Bank, N.A. ("CommunityOne"), by and through counsel, pursuant to Rule 37(d)(1)(A)(i) of the Federal Rules of Civil Procedure, respectfully submits this Motion for Sanctions against Plaintiff CCR Data Systems ("CCR Data") and its counsel for failure to appear for CCR Data's duly noticed deposition on November 28, 2017 in Manchester, New Hampshire after CommunityOne's counsel had made the trip to depose CCR Data. The grounds for this Motion are more fully set forth in the accompanying brief and attachments.

## RULE 37(d)(1)(B) CERTIFICATION

Pursuant to Rule 37(d)(1)(B), the undersigned counsel hereby certify that they in good faith attempted to confer with Plaintiffs' counsel in an effort to resolve this matter without court action, but Plaintiffs' counsel refused to respond or confer.

**WHEREFORE**, CommunityOne respectfully requests that the Court impose sanctions against CCR Data and its counsel for failure to appear at the duly noticed deposition on November 28, 2017, including an order requiring Plaintiff CCR Data to travel to Charlotte,

1

North Carolina for CCR's deposition prior to January 19, 2018, an award of costs in the amount set forth in the Affidavit of T. Richmond McPherson, which represents some of the time and expenses incurred by CommunityOne for its counsel to travel to and attend the deposition of CCR Data and prepare this Motion and such other relief as the Court deems just and proper.

Respectfully submitted, this 13th day of December, 2017.

  /s/ H. Landis Wade, Jr.
H. Landis Wade, Jr. (NC Bar No. 11134)
lwade@mcguirewoods.com
T. Richmond McPherson, III (NC Bar No. 41439)
rmcpherson@mcguirewoods.com
Richard H. Conner, III (NC Bar No. 28480)
rconner@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street, Ste. 3000
Charlotte, North Carolina 28202
704.343.2000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **MOTION FOR SANCTIONS** by ECF filing and electronic mail, to the following:

>Edward H. Nicholson, Jr.
>McConnell & Sneed, LLC
>212 S. Tryon Street, Suite 1725
>Charlotte, NC  28281
>Email:  nicholsonshumaker@att.net
>
>Jonathan F. Andres
>Jonathan F. Andres P.C.
>1127 Hoot Owl Rd.
>St. Louis, MO  63105
>Email:  andres@andreslawpc.com
>
>Sebastian Rucci
>Law Offices of Sebastian Rucci
>16400 Pacific Coast Hwy, Suite 212
>Huntington Beach, CA  92649
>Email:  SebRucci@gmail.com
>
>*Attorneys for Plaintiffs*

This the 13th day of December, 2017.

      /s/ H. Landis Wade, Jr.
H. Landis Wade, Jr.
*Attorney for CommunityOne Bank*