IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>COMMUNITYONE BANK, N.A.,<br><br>    Defendant. | Civil Action No. 3:15-cv-403-RJC-DSC |

## MEMORANDUM AND ORDER

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Amend Order Entered December 1, 2017" (document #58), and the parties' associated briefs and exhibits.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and is now ripe for the Court's consideration.

The Court has carefully examined the record, the parties' arguments and the applicable authorities. For the reasons cited in Plaintiffs' Motion and supporting briefs, the relief it requests is <u>granted</u>, as ordered below.

**NOW THEREFORE, IT IS ORDERED:**

1. "Plaintiffs' Motion to Amend Order Entered December 1, 2017" (document #58) is **GRANTED**.

2. On or before February 23, 2018, Plaintiffs' may take Defendant's Rule 30(b)6 deposition. The deposition will be taken in Charlotte, North Carolina at a time and place designated by Defendant, not to conflict with other depositions previously ordered. <u>See</u> documents

1

##61 and 62. The deposition will be limited to the topics stated in Exhibit B (document #59-2) to Plaintiffs' Motion.

3. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad</u>.

**SO ORDERED.**

Signed: February 5, 2018

David S. Cayer
United States Magistrate Judge