IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>COMMUNITYONE BANK, N.A.,<br><br>    Defendant. | Civil Action No. 3:15-cv-403-RJC-DSC |

## MEMORANDUM AND ORDER ON COMMUNITYONE BANK, N.A.'S MOTION FOR APPROPRIATE RELIEF

**THIS MATTER** is before the Court for an award of attorneys' fees and costs pursuant to the January 25, 2016 Memorandum and Order (DE 62) and the parties' associated briefs and exhibits (DE Nos. 54, 57, and 60). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and is now ripe for consideration. The Court has carefully examined the record, including the February 28, 2018 declaration of T. Richmond McPherson III (DE No. 67).

For the reasons cited in CommunityOne's Motion for Appropriate Relief and supporting briefs, along with the February 28, 2018 declaration of Mr. McPherson, the Court grants Defendant's request for attorneys' fees and costs as outlined below. The Court declines to award paralegal fees.

NOW THEREFORE, IT IS ORDERED:

    1. Plaintiffs' counsel, and Plaintiffs William Richards, Edward Estes, IV, Sharon West, Tom Prinsen, Safe Harbor Foundation, Missions to Military Account #1, Thad Claggett, Ned Siegel, and John McFerren, are jointly and severally liable to make payment and shall make

1

payment to the court reporter for the reporting fees for their nine depositions within ten days of when those bills were sent to Plaintiffs' counsel by defense counsel, and are also jointly and severally liable to make payment and shall make payment to Defendant c/o the McGuireWoods trust account, in the amount of $31,215.00, which is based upon:

    a. $11,620.00, which represents a portion of the fees CommunityOne incurred in bringing its Motion for Appropriate Relief.

    b. $19,595.00, which represents a portion of the fees CommunityOne incurred in preparing for and conducting the depositions of the nine Plaintiffs

2. Plaintiffs' counsel and Plaintiff John McFerren, are jointly and severally liable to make payment and shall make payment to Defendant c/o the McGuireWoods trust account in the additional amount of $2,059.15, which represents some of the fees and costs associated with defense counsel having to travel to Ohio to take the deposition of Mr. McFerren.

3. Plaintiffs' counsel and the above-identified Plaintiffs are ordered to make the payments to Defendant within ten days of this Order. Should the above ordered payments not be made as specified in this Order, those Plaintiffs' claims are subject to dismissal by the Court.

4. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad</u>, Jr.

    **SO ORDERED.**

Signed: March 2, 2018

_____
David S. Cayer
United States Magistrate Judge