IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 3:15-cv-403-RJC-DSC |
| COMMUNITYONE BANK, N.A., | ) |
| Defendant. | ) |

# DEFENDANT COMMUNITYONE BANK, N.A.'S
# MOTION FOR SUMMARY JUDGMENT

Defendant CommunityOne Bank, N.A. ("CommunityOne"), pursuant to Federal Rule of Civil Procedure 56, hereby moves the Court for summary judgment on all claims in the First Amended Complaint (DE No. 30-1), on the grounds that there are no genuine issues of material fact and CommunityOne is entitled to judgment as a matter of law. In support of this Motion, CommunityOne relies upon its contemporaneously filed Brief in Support of Its Motion for Summary Judgment, which details the grounds and authority for the Motion.

Wherefore, for the reasons set forth in the accompanying Brief, CommunityOne respectfully requests that the First Amended Complaint be dismissed with prejudice.

This the 16th day of March, 2018.

Respectfully submitted,

s/ H. Landis Wade, Jr.
H. Landis Wade, Jr.
N.C. Bar No. 11134
T. Richmond McPherson, III
N.C. Bar No. 41439
Richard H. Conner, III

N.C. Bar No. 28480
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2000
Email:  lwade@mcguirewoods.com

*Attorneys for CommunityOne Bank, N.A.*

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT COMMUNITYONE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** by electronic filing, email or U.S. mail, postage prepaid, as indicated below, to the following:

> Edward H. Nicholson, Jr.
> McConnell & Sneed, LLC
> 212 S. Tryon Street, Suite 1725
> Charlotte, NC  28281
> Email: nicholsonshumaker@att.net
> (by electronic filing)
>
> Jonathan F. Andres
> Jonathan F. Andres P.C.
> 7733 Forsyth Boulevard, Suite 700
> St. Louis, MO  63105
> Email: andres@andreslawpc.com
> (by electronic filing)
>
> Sebastian Rucci
> Law Offices of Sebastian Rucci
> 16400 Pacific Coast Hwy, Suite 212
> Huntington Beach, CA  92649
> Email: SebRucci@gmail.com
> (by electronic filing)
>
> *Attorneys for Plaintiffs*

This the 16th day of March, 2018.

/s/ H. Landis Wade, Jr.
H. Landis Wade, Jr.
*Attorney for CommunityOne Bank*