UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 3:15-CV-403-RJC-DSC |
| COMMUNITY ONE BANK, N.A., | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Larry Burroughs, CCR Data, Inc., Keith Davey, John McFerren, Missions to Military Account No. 1 and Account No. 2, Safe Harbor Christian Foundation, and Gerald Webber (Plaintiffs) respectfully submit this Statement of Additional Material Facts with their Response in Opposition to Motion for Summary Judgment.

**ADDITIONAL MATERIAL FACT**

1–113.     Redacted.