UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ALBERT YALE, *et al.*, )
                                                 )
                  Plaintiffs, )
vs. )    Case No. 3:15-CV-403-RJC-DSC
                                                 )
COMMUNITY ONE BANK, N.A., )
                                                 )
                  Defendant. )

**PLAINTIFFS' EXHIBITS TO RESPONSE TO SUMMARY JUDGMENT**

    Exhibit A    Redacted

    Exhibit B    Redacted

    Exhibit C    Redacted

    Exhibit D    Redacted

    Exhibit E    Redacted

    Exhibit F    Redacted

    Exhibit G    Redacted

    Exhibit H    Redacted

    Exhibit I    Redacted

    Exhibit J    Redacted

    Exhibit K    Redacted

    Exhibit L    Redacted

    Exhibit M    Redacted

    Exhibit N    Redacted