UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00403-RJC-DSC

| | |
|---|---|
| ALBERT YALE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COMMUNITY ONE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court sua sponte regarding the scheduled oral argument for Defendant Community One Bank's Motion for Summary Judgment, (Doc. No. 71). The Court notes that its original Pretrial Order and Case Management Plan scheduled a hearing regarding dispositive motions for April 26, 2018. (Doc. No. 42). However, the Court takes notice of Plaintiffs' pending Motion for Leave to File Second Amended Complaint, (Doc. No. 73), currently referred to the Magistrate Judge. Accordingly, the Court hereby **ORDERS** that the scheduled oral argument be stayed until the Magistrate Judge renders a ruling on Plaintiffs' Motion.

Signed: April 21, 2018

Robert J. Conrad, Jr.
United States District Judge