# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-403-RJC-DSC

| | | |
|---|---|---|
| **ALBERT YALE et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **COMMUNITY ONE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      **THIS MATTER** is before the Court on Plaintiffs' "Motion for Leave to File Second Amended Complaint" (document #73) and the parties' associated briefs.

      This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

      Having fully considered the arguments, the record, and the applicable authority, the Court concludes that Plaintiffs' Motion is untimely. For this reason, as well as the other reasons stated in Defendant's brief (document #80), the Motion is denied.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED.**

Signed: April 24, 2018

_____

David S. Cayer
United States Magistrate Judge