UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00403-RJC-DSC

| ALBERT YALE, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| COMMUNITY ONE BANK, N.A., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the parties' oral request made during the hearing held on May 15, 2018, to amend the Pretrial Order and Case Management Plan, (Doc. No. 42). The parties asked the Court to reset the trial date from July 9, 2018, to September, 4, 2018. For good cause shown, the Court hereby **GRANTS** the parties' request.

Signed: May 24, 2018

Robert J. Conrad, Jr.
United States District Judge