IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| vs. | )    Civil Action No. 3:15-cv-403-RJC-DSC |
| | ) |
| COMMUNITYONE BANK, N.A., | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on "Defendant's Motion to Stay Pre-Trial Deadlines and Trial Date and Amend Order Entered May 24, 2018" (document #94). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: July 30, 2018

David S. Cayer
United States Magistrate Judge

1