# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ALBERT YALE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 3:15-CV-403-RJC-DCK |
| ) | |
| COMMUNITY ONE BANK, N.A., ) | NOTICE OF APPEAL |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs CCR Data, Inc., Missions to Military Account No. 1 and Account No. 2, and Safe Harbor Christian Foundation hereby file this appeal pursuant to 28 U.S.C. § 1291 to the U.S. Court of Appeals for the Fourth Circuit from the August 20, 2018 Judgment (docket no. 97), and the August 20, 2018 Order granting summary judgment in favor of defendant and denying plaintiffs' Objection to Magistrate Judge's Order (docket no. 96).

Respectfully submitted,

/s/ Sebastian Rucci
Sebastian Rucci (pro hac vice)
LAW OFFICES OF SEBASTIAN RUCCI
5455 Clarkins Drive
Youngstown, Ohio 44515
Tel: (330) 720-0398
Email: SebRucci@gmail.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018 copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.moed.uscourts.gov.

/s/ Sebastian Rucci (pro hac vice)