FILED:  September 26, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-2115

(3:15-cv-00403-RJC-DSC)

_____

MISSIONS TO MILITARY ACCOUNT NO. 1 AND ACCOUNT NO. 2; SAFE HARBOR CHRISTIAN FOUNDATION; CCR DATA SYSTEMS, INC.

Plaintiffs - Appellants

and

ALBERT YALE; NORMAN REGISTER; VALERIE REGISTER; MARILYN YALE; MARY LYNN VAN HORN; MARCIA CANADAY; JIMMY CANADAY; PAULA CANADAY; EDWARD ESTES, III; EDWARD ESTES, IV; CLAGGETT AND SONS, INC; P3T, LTD.; THADDEUS CLAGGETT; EMILY CLAGGETT; ERIC LEHNER; DAVID ABEL; JUDY ABEL; JOHN MCFERREN, JR.; ALICE MCFERREN; HENRY TURNER; TOM PRINSEN; GERALD WEBBER; ROGER PETERSON; TIMOTHY VALENTINE; ROXANNE WYMER

Plaintiffs

v.

COMMUNITYONE BANK, N.A.

Defendant - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|

| | |
|---|---|
| Originating Case Number | 3:15-cv-00403-RJC-DSC |
| Date notice of appeal filed in originating court: | 09/18/2018 |
| Appellant (s) | Missions to Military Account No. 1 and Account No. 2; Safe Harbor Christian Foundation; CCR Data Systems, Inc. |
| Appellate Case Number | 18-2115 |
| Case Manager | T. Fischer 804-916-2704 |